# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 20, 2017

Stephen J. Markman,
Chief Justice

152831(16)

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

IN RE LISA O. GORCYCA, JUDGE
6th CIRCUIT COURT

BEFORE THE JUDICIAL TENURE COMMISSION

SC: 152831
JTC Formal Complaint 98

_____/

On order of the Chief Justice, the joint motion of the American Academy of Matrimonial Lawyers, Michigan Chapter, and the Oakland County Bar Association for leave to file a brief amicus curiae is GRANTED. The amicus brief submitted on January 12, 2017, is accepted for filing. The motion to participate in oral arguments is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 20, 2017

